UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                  :

Robert W. Vega,                                        :     Chapter 7
                                                             Case No. 18-22176 (RDD)
                        Debtor.                        :
------------------------------------------------------x

**STIPULATION AND ORDER EXTENDING THE UNITED STATES TRUSTEE'S AND CHAPTER 7 TRUSTEE'S RESPECTIVE TIME TO OBJECT TO DEBTOR'S DISCHARGE OR MOVE FOR DISMISSAL**

**WHEREAS**, the above captioned debtor (the "Debtor") has filed a petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, Marianne T. O'Toole (the "Trustee") has been appointed Chapter 7 Trustee of the above-captioned bankruptcy estate; and

**WHEREAS**, the Trustee's and the United States Trustee's respective time to object to the Debtor's discharge or move for dismissal needs to be extended upon request of the Trustee in order to allow the Trustee to complete her examination of the Debtor;

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that the Trustee's and the United States Trustee's respective time to object to the Debtor's discharge pursuant to Section 727 or move for dismissal pursuant to Section 707(b) of the Bankruptcy Code be, and it hereby is, extended to and including December 21, 2018 without prejudice to further extensions.

Dated: White Plains, New York
       October 16, 2018

                                        ATTORNEY FOR DEBTOR

                                        /s/ Jeffrey Benjamin
                                        Jeffrey Benjamin, Esq.
                                        Kupillas, Unger & Benjamin, LLP
                                        1 Linden Place, Suite 410-A
                                        Great Neck, NY 11021

                                        /s/ Marianne T. O'Toole
                                        MARIANNE T. O'TOOLE
                                        Chapter 7 Trustee

**SO ORDERED:**
Dated: White Plains, New York
       October 18, 2018
/s/ Robert D. Drain
United States Bankruptcy Judge


NY1 6555v1 06/14/06